UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

D-6 KEENA BROOKS,

    Defendant.
_____/

Criminal Case No. 07-20411

HON. GEORGE CARAM STEEH

ORDER DENYING MOTION TO REDUCE SENTENCE (Doc. # 238)

Defendant Brooks pleaded guilty to conspiring to distribute crack cocaine and was sentenced to 132 months of imprisonment in 2009. In 2013, Brooks filed a pro se motion to reduce her sentence under 18 U.S.C. § 3582(c)(2). Brooks based her motion on the Fair Sentencing Act's amendments to the crack cocaine sentencing guideline ranges and the Sixth Circuit decision of United States v. Blewett, 719 F.3d 482 (6th Cir. 2013), which was later overturned by the en banc Blewett decision issued in December 2013. United States v. Blewett, __ F.3d __, 2013 WL 6231727.

In light of the Sixth Circuit's en banc ruling, and because Brooks' sentence was based on the career offender guidelines, and not the crack cocaine guidelines, Brooks is not entitled to relief under the amendments to the Fair Sentencing Act. Brooks' motion is, accordingly, **DENIED**.

    **IT IS SO ORDERED**.

Dated: April 8, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 8, 2014, by electronic and/or ordinary mail and also on Keena Brooks #42180-039, FCI Danbury, Route 37, Danbury, CT  06811.

s/Barbara Radke
Deputy Clerk