AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| D6 - KEENA BROOKS | ) Case No: 07-20411 |
| | ) USM No: 42180-039 |
| Date of Original Judgment: 5/1/09 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for a reduction in sentence as the defendant was deemed a Career Offender. The defendant's offense level was determined by her criminal history and not by the quantity of controlled substances.

Except as otherwise provided, all provisions of the judgment dated _____May 1, 2009_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____November 30, 2015_____          s/George Caram Steeh
                                                          *Judge's signature*

Effective Date: _____          George Caram Steeh, U.S. District Judge
          *(if different from order date)*          *Printed name and title*